UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER M. TAYLOR,

Plaintiff,

v.

PIERCE COUNTY ARMY, AIR FORCE MARINES,

Defendant.

CASE NO. 2:19-cv-00589-JLR-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER:**

(1) The Report and Recommendation is **ADOPTED**.

(2) Defendant's motion to dismiss (Dkt. 4) **is GRANTED**.

(3) Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

///

///

///

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

IT IS SO ORDERED.

**DATED** this 8 July 2019

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2